# EXHIBIT A

**Subject:** FW: Justin Everett meditation

**From:** Justin Everett <jeverett179@gmail.com>
**Sent:** Thursday, January 17, 2019 9:10 AM
**To:** Jennifer Park <JPark@cohenlaw.com>
**Subject:** Re: Justin Everett meditation

From what I understand judge Phillips mentioned that I had to no longer pay the mediation cost 50/50 but I will be seeking a pro bono attorney, I only will hire a lawyer for a jury trial or if all else fails, but its.seems like both parties are looking to settle so we both dont have to spend unnecessary money.

On Wed, Jan 16, 2019, 5:53 PM Justin Everett <jeverett179@gmail.com wrote:

Will do.

On Wed, Jan 16, 2019, 5:51 PM Jennifer Park <JPark@cohenlaw.com wrote:

Justin,

How do you want to go about selecting a Mediator? We need to identify one in the ADR Stip. Why don't you review a few names of Mediators on the ADR page of the Court and suggest a few names with Labor/Employment experience.

Jen

Sent from my iPhone

On Jan 16, 2019, at 4:54 PM, Justin Everett <jeverett179@gmail.com> wrote:

> Yes I will he retaining pro bono council and seeking a waiver, ok, no problem thanks for getting back to me.
>
> Sent from my iPhone
>
> On Jan 16, 2019, at 1:25 PM, Jennifer Park <JPark@cohenlaw.com> wrote:
>
>> Justin-
>>
>> Our clients will agree to mediation at 50/50 cost split for the Mediator. If you are seeking a waiver of your portion of the Mediation fee, you may have to seek permission from the Court.

1

Will you be retaining pro bono counsel for purposes of the Mediation?

In addition, please let us know if you have thoughts on the selection of a Mediator.

**Jennifer S. Park**

Director

jpark@cohenlaw.com

**Cohen & Grigsby, P.C.**

625 Liberty Avenue

Pittsburgh, Pennsylvania 15222-3152

**P:** 412-297-4749 • **F:** 412-209-1950

www.cohenlaw.com • C&G LinkedIn

**From:** Justin Everett <jeverett179@gmail.com>
**Sent:** Wednesday, January 16, 2019 12:57 PM
**To:** Jennifer Park <JPark@cohenlaw.com>
**Subject:** Re: Justin Everett meditation

Were are we with the mediation? Just reconfirming

On Mon, Jan 14, 2019, 3:39 PM Justin Everett <jeverett179@gmail.com wrote:

Ok thanks no problem.

Sent from my iPhone

2

On Jan 14, 2019, at 3:22 PM, Jennifer Park <JPark@cohenlaw.com> wrote:

> Thank you for your email, Mr. Everett. I am waiting for a response from our client. We will be in touch as soon as we have a position.
>
> Regards,
>
> Jen
>
> **Jennifer S. Park**
>
> Director
>
> jpark@cohenlaw.com
>
> **Cohen & Grigsby, P.C.**
>
> 625 Liberty Avenue
>
> Pittsburgh, Pennsylvania 15222-3152
>
> P: 412-297-4749 • F: 412-209-1950
>
> www.cohenlaw.com • C&G LinkedIn
>
>
> **From:** Justin Everett <jeverett179@gmail.com>
> **Sent:** Monday, January 14, 2019 3:21 PM
> **To:** Jennifer Park <JPark@cohenlaw.com>
> **Subject:** Justin Everett meditation
>
>
> As you know we need an answer to the dispute resolution on the 18th. I would be happy to do mediation. I felt that even though we talked to the judge for only about an hour or so that we were getting closer to a number. I'm also a reasonable person willing to settle for a decent amount. Had we had more time with a

3

mediator that could work a full day and could focus only on our case then I think we have reached a number. In fact, I'm pretty sure that you've already spent more than what I've asked for to settle. And this is before we've started discovery where we're going to ask for all electronic records, including these duplicates that we haven't seen and that management actually asked us for. (We were told to get voter registration cards for worker ID purposes, which meant duplicate registrations. So three or four duplicates out of 2000 registrations wouldn't a crime make.)

I believe an evaluation would be a massive waste of time. Mediation could resolve the suit. I go with mediation. If not, we both need to tell the judge that we couldn't agree on a way to actually end the case. And I'm pretty sure the judge does want to case the go away because he's offered me pro bonocounsel for the mediation.

Sincerely,

Sent from my iPhone

NOTICE: This email, and any documents, files or other data attached to the email, may contain information that is privileged or confidential. If you are not the intended recipient of this email, you are hereby notified that any reading, use, copying, disclosure, dissemination or distribution of this email and its attachments is STRICTLY PROHIBITED. If you received this email in error, please immediately notify the sender by replying to the email or by calling Cohen & Grigsby, P.C. at (800)-394-4904 and asking to speak with the sender. Also, please immediately delete this email and all of its attachments without saving the email in any manner. Thank you.