# EXHIBIT C

**From:**     Justin Everett <jeverett179@gmail.com>
**Sent:**     Thursday, January 17, 2019 3:25 PM
**To:**       Kelsey Gdovin
**Subject:**  Re: ADR Stipulation Form

Because I' filed under forma parpaus statisI could possibly have those court cost waived, I will let the courts select a mediator since one hasn't been selected yet.

On Thu, Jan 17, 2019, 2:52 PM Justin Everett <jeverett179@gmail.com wrote:
  I want a pro bono counsel mediator dude to my forma  parpaus  status  I can request to have those fees  waived  the courts can waive those fees  for me.

  On Thu, Jan 17, 2019, 10:56 AM Kelsey Gdovin <KGdovin@cohenlaw.com wrote:

  Mr. Everett,


  Attached is a proposed ADR stipulation.  Fieldworks agrees to mediation, and we propose using Judi Teeter as the mediator.  Her fee was $1400 in 2018.  Please let me know if she is acceptable.


  Fieldworks will pay 50% of her fee.  Fieldworks does not have the authority to waive your half of the fee on behalf of the Court, but we noted on the ADR stipulation that the Court may waive 50% of the fee due to your *in forma pauperis* status.


  If you are looking to settle and you give me a reasonable number today, I will propose it to the client.  I do not have any authority at this time, but I will at least take the number to them.  It seems to me that the court was saying that the value of this case does not warrant a jury trial.  I can't promise anything, but if you get the numbers closer to where we were at the case management conference, I will see what I can do.  After today, we will be moving forward with filing the ADR stipulation.



  All the best,


  Kelsey

**Kelsey Gdovin**

Attorney

kgdovin@cohenlaw.com


**Cohen & Grigsby, P.C.**

625 Liberty Avenue

Pittsburgh, Pennsylvania 15222-3152


**P: 412-297-4797 • F: 412-209-0672**

www.cohenlaw.com • C&G LinkedIn


NOTICE: This email, and any documents, files or other data attached to the email, may contain information that is privileged or confidential. If you are not the intended recipient of this email, you are hereby notified that any reading, use, copying, disclosure, dissemination or distribution of this email and its attachments is STRICTLY PROHIBITED. If you received this email in error, please immediately notify the sender by replying to the email or by calling Cohen & Grigsby, P.C. at (800)-394-4904 and asking to speak with the sender. Also, please immediately delete this email and all of its attachments without saving the email in any manner. Thank you.