# EXHIBIT D

| | |
|---|---|
| From: | Kelsey Gdovin |
| Sent: | Friday, January 18, 2019 11:13 AM |
| To: | Justin Everett |
| Subject: | ADR Stipulation Due Today |
| Attachments: | Fieldworks_Everett - Stipulation Selecting ADR Process.DOCX |

Mr. Everett,

Pursuant to the Court's Order and instructions from Judge Phipps during the Case Management Conference, we are <u>required</u> to file the ADR Stipulation today. You will be allowed to seek a waiver from your 50% of the fee, but we still need to file this form today. If you look at Footnote #1, it indicates that you intend to file a waiver if you are not already excused from paying due to your *in forma pauperis* status.

We are not, and cannot, provide you legal advice. It is standard for the parties to select a mediator and list their selection on this form. The Court does not generally select a mediator for the parties. If you have an alternative selection to Judi Teeter, please let us know. We chose her because we believe that she has one of the lowest fees, but we will gladly consider another mediator if you have someone else you would like to propose.

All the best,

Kelsey


**Kelsey Gdovin**
Attorney
<u>kgdovin@cohenlaw.com</u>

**Cohen & Grigsby, P.C.**
625 Liberty Avenue
Pittsburgh, Pennsylvania 15222-3152

P: 412-297-4797 • F: 412-209-0672
<u>www.cohenlaw.com</u> • <u>C&G LinkedIn</u>

1