# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN EVERETT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:17-cv-01495-PJP |
| FIELDWORKS, INC., LAURA BARKLEY, ZACHARY REIDER, CHRIS GALLAWAY and LEWIS GRANOFSKY, | ) |
| Defendants. | ) |

## DECLARATION OF LEWIS GRANOFSKY

I, Lewis Granofsky, hereby declare and state the following:

1. My name is Lewis Granofsky.

2. I have personal knowledge of information contained in this Declaration.

3. I am a member of FieldWorks, LLC, and serve as a Partner along with Chris Gallaway.

4. I reside in Portland, Oregon, and have resided here for approximately 12 years.

5. I work exclusively out of FieldWorks' Portland, Oregon office.

6. I did not hire Plaintiff, review his performance, or participate in any manner in the decision to terminate him.

7. Although FieldWorks had a Pittsburgh office in 2016, which closed shortly after the voter registration deadlines for the 2016 Presidential election, and operations in Philadelphia, I do not travel to Pennsylvania for personal reasons and otherwise have no non-business contacts in Pennsylvania.

I, Lewis Granofsky, declare under penalty of perjury that the foregoing is true and correct.

/s/ *Lewis Granofsky*
Lewis Granofsky

Dated: February 15, 2019