# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN EVERETT, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 2:17-cv-01495-PJP |
| FIELDWORKS, INC., LAURA BARKLEY, ZACHARY REIDER, CHRIS GALLAWAY and LAURA MOORMAN, | ) ) ) ) | |
|     Defendants. | ) | |

## DECLARATION OF LAURA MOORMAN, née BARKLEY)

I, Laura Moorman, hereby declare and state the following:

1. My name is Laura Moorman, née Barkley.

2. I reside in Cincinnati, Ohio, and have resided here for approximately 6 years, i.e., since June 2013.

3. I served as the Office Director of FieldWorks in Pittsburgh from August 25, 2016 to October 10, 2016.

4. Upon commencement of my duties in the Pittsburgh office, I learned that FieldWorks decided to terminate Plaintiff for registering numerous individuals to vote who he had already registered.

5. I was instructed to terminate Plaintiff accordingly from the data entry team in Philadelphia.

6. FieldWorks did not replace Plaintiff with a Caucasian employee nor did FieldWorks replace him with a female employee.

7. I had no other interaction with Plaintiff and had no oversight over Plaintiff's employment.

2949703_1.docx

8. I conduct no regular business, nor do I have any contacts, in Pennsylvania.

9. Following the voter registration deadline for the 2016 election, the FieldWorks Pittsburgh office was closed as it had fulfilled its sole purpose — to collect complete voter registration cards from citizens in the Pittsburgh area who need to register or update their registration.

10. I am currently unemployed.

I, Laura Moorman, declare under penalty of perjury that the foregoing is true and correct.

*Laura Moorman*
Laura Moorman

Dated: 2-15-2018, 2015