IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN EVERETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIELDWORKS, INC., LAURA )<br>BARKLEY, ZACHARY REIDER, CHRIS )<br>GALLAWAY and LEWIS GRANOFSKY, )<br>)<br>Defendants. ) | Civil Action No. 2:17-cv-01495-PJP |

## SUPPLEMENT TO DEFENDANTS' MOTION TO ATTEND MEDIATION VIA TELEPHONE

1. On March 7, 2019, Defendants filed Defendants Motion to Attend Mediation Via Telephone.

2. At the time of filing, Plaintiff had not yet responded to Defendants' request for consent to allow Christopher Gallaway, who has full settlement authority on behalf of all Defendants, to participate in the upcoming Mediation, telephonically.

3. Plaintiff has since advised that he consents to Mr. Gallaway's telephonic participation at Mediation on behalf of all Defendants. (See Ex. 1)

Respectfully submitted,

/s/ Jennifer S. Park
Jennifer S. Park
PA I.D. 205842 / jpark@cohenlaw.com
Kelsey J. Gdovin
PA I.D. 322715 / kgdovin@cohenlaw.com

COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
412-297-4900 / Fax 412-209-0672

Counsel for Defendants

Dated: March 7, 2019

2965556_1.docx

# EXHIBIT 1

| | |
|---|---|
| **From:** | Justin Everett <jeverett179@gmail.com> |
| **Sent:** | Thursday, March 7, 2019 2:41 PM |
| **To:** | Jennifer Park |
| **Subject:** | Re: FieldWorks |

Yes I agree to allow chris to speak on their behaf...

On Thu, Mar 7, 2019, 2:37 PM Justin Everett <jeverett179@gmail.com> wrote:
> Yes mam, sure thing I'll also need a copy of those alleged duplicates I never received them thanks.
>
> Sent from my iPhone
>
> On Mar 7, 2019, at 2:32 PM, Jennifer Park <JPark@cohenlaw.com> wrote:
>
>> Justin,
>>
>> Chris Gallaway has settlement authority on behalf of all Defendants. Please let us know whether you will agree to allow him to participate telephonically. Please let us know as soon as possible. If you consent, we will note accordingly in the motion we are filing today.
>>
>> Jen
>>
>> **Jennifer S. Park**
>>
>> Director
>>
>> jpark@cohenlaw.com
>>
>> **Cohen & Grigsby, P.C.**
>>
>> 625 Liberty Avenue
>>
>> Pittsburgh, Pennsylvania 15222-3152
>>
>> P: 412-297-4749 • F: 412-209-1950

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Supplement to Defendants' Motion to Attend Mediation Via Telephone* was filed electronically on March 7, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Jennifer S. Park*
Jennifer S. Park