# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN EVERETT, | ) |
| Plaintiff, | ) Civil Action No. 2:17-cv-01495-PJP |
| v. | ) Judge Peter J. Phipps |
| FIELDWORKS, INC. and FIELDWORKS, LLC, LAURA BARKLEY, ZACHARY REIDER, CHRIS GALLAWAY and LEWIS GRANOFSKY, | ) |
| Defendants. | ) ELECTRONIC FILING |

## JOINT STIPULATION TO AMEND CAPTION
## TO REFLECT CORRECT DEFENDANT ENTITY

NOW COMES Defendant Fieldworks, LLC and Defendant Zachary Reider ("Defendants") and through their respective undersigned counsel, and respectfully show this Honorable Court as follows:

1. Plaintiff has identified the incorrect entity in the caption and content of his Complaint.

2. The parties agreed that FieldWorks, LLC is the proper entity for purposes of the above-captioned action.

3. Defendant "FieldWorks, Inc." should be stricken from the caption in all pleadings and other submissions in the above-captioned action and replaced with FieldWorks, LLC as the proper Defendant entity, which will be referenced in all future pleadings and other submissions.

4. Plaintiff and Defendants respectfully ask this Honorable Court for an order amending the caption to reflect the proper entity for purposes of the above-captioned action.

5. A Proposed Order to Amend Caption is submitted herewith.

3010945.v1

Respectfully submitted,

| | |
|---|---|
| */s/ Justin Everett* | */s/ Jennifer S. Park* |
| Justin Everett | Jennifer S. Park |
| | PA I.D. 205842 / jpark@cohenlaw.com |
| | Kelsey J. Gdovin |
| | PA I.D. 322715 / kgdovin@cohenlaw.com |
| | COHEN & GRIGSBY, P.C. |
| 3505 Duquesne Avenue | 625 Liberty Avenue |
| West Mifflin, PA 15122 | Pittsburgh, PA 15222-3152 |
| JEverett179@gmail.com | 412-297-4900 / Fax 412-209-0672 |
| Plaintiff | Counsel for Defendants |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 2, 2019 pursuant to Local Rule 5.5 of the United States District Court for the Western District of Pennsylvania, the foregoing JOINT STIPULATION TO AMEND CAPTION TO REFLECT CORRECT DEFENDANT ENTITY has been served by electronic means through the Court's transmission facilities on the counsel of record. Parties may access this filing through the Court's system.

*/s/ Jennifer S. Park*