IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN EVERETT,<br><br>    *Plaintiff*,<br><br>v.<br><br>FIELDWORKS, INC., *et al*,<br><br>    *Defendants*. | Civil Action No. 2:17-cv-1495<br><br>Hon. Peter J. Phipps |

## HEARING MEMO

HEARING HELD: Telephonic Status Conference
DATE HEARING HELD: May 21, 2019
BEFORE: Judge Peter J. Phipps

| | |
|---|---|
| Appearing for Plaintiff:<br>Justin Everett, Pro se | Appearing for Defendants:<br>Jennifer S. Park, Esquire<br>Kelsey J. Gdovin, Esquire |
| Hearing began at 9:04 a.m. | Hearing concluded at 9:35 a.m. |

Stenographer: Shirley Hall

OUTCOME:

Trial schedule discussed.

The Motion for Reconsideration of Court's April 24th Judgment, ECF No. 70, will not alter the trial schedule. However, due to a conflict with the Court's schedule, the pretrial conference previously scheduled for 06/03/19 at 10:00 AM will be rescheduled for 05/31/19 at 2:00 PM. The appropriate order will follow.

For the reasons set forth on the record, Motion to Quash Subpoena Delivered May 2nd to Non Party Philip Shropshire, ECF No. 71, and Motion to Quash May 6th Subpoena Handed to a Person at My House and Not Me and Motion to Extend the Discovery by 60 Days, ECF No. 72, are granted. The appropriate order will follow.

For the reasons set forth on the record, Defendants' Motion for Dismissal, ECF No. 74, is denied. The appropriate order will follow.

Plaintiff may supplement and amend the Joint Proposed Witness List, ECF No. 77, and Joint Proposed Exhibit List, ECF No. 78, by 05/28/19. The appropriate order will follow.