# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT OF PENNSYLVANIA

FILED
JUN 07 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Justin Everett

V.   Court of Appeals Docket No.

Fieldworks INC., et al
(Civil Action No. 2:17-cv-1495)

## NOTICE OF APPEAL (On several Judge Phipps Orders)

Notice is hereby given that Justin Everett, Plaintiff, with In Forma Pauperis already granted (Doc. 1), in the above named case, now appeals to the United States Court of Appeals for the Third Circuit from two final judgments and orders: Document 91 (Exhibit One) entered only as text in the docket notice, entered on June 3rd, 2019 and Document 92 (Exhibit Two), or the order denying plaintiff's motion for reconsideration entered on June 7th, where Judge Phipps simply ignores the law we've been talking about generally for the last six months and specifically in our document 88. But I guess that's what appeals are for. Great job Federalist Society.

Sincerely *[signature]*

Justin Everett
Address: 3503 Dushatru Ave, West Mifflin PA, 15122.

1

Date:
Phone Number:
Email:

## Certificate of Service

I certify that on the 7th day of June 2019 this statement will be emailed or mailed to the Defendant's lawyers and a copy was either mailed or delivered to the clerk's office.

Signature: *[signature]*
Date: 6/7/2019