IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN EVERETT, | |
| *Plaintiff*, | Civil Action No. 2:17-cv-1495 |
| v. | Hon. Peter J. Phipps |
| FIELDWORKS, LLC, *et al*, | |
| *Defendants*. | |

## **ORDER TO SHOW CAUSE FOR JUROR COSTS**

Trial in the above-captioned matter was scheduled to commence on June 10, 2019. Defense counsel and defense witnesses appeared at 8:30 a.m. per court order; neither Plaintiff nor any witnesses for Plaintiff appeared as so ordered at 8:30 a.m. or at any other time on the trial date. Thirty-three jurors appeared, and at approximately 10:15 a.m. on June 10, 2019, they were dismissed solely on account of Plaintiff's failure to appear.

As indicated in the Sanction and Bill of Costs Notice, ECF No. 102, the jury office has provided the Court costs relative to the summons of the thirty-three jurors for the jury trial in this matter. The costs are as follow:

```
33 jurors, each paid $50.00 attendance fee    $ 1, 650.00
33 jurors mileage fees for travel to court         751.95
                                    Total    $ 2,401.95
```

IT IS HEREBY ORDERED this 11th day of June, 2019, that Plaintiff show cause by **June 25, 2019**, why he should not be obligated to refund the costs of **$2,401.95** to the United

States of America that were unnecessarily incurred due to his non-appearance at the jury trial in this matter.

BY THE COURT:

/s/ **_Peter J. Phipps_**
PETER J. PHIPPS
UNITED STATES DISTRICT JUDGE