# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| Justin Everett | ) |
| v. | ) Case No.: 2:17-cv-01495-PJP |
| FieldWorks, LLC and Zachary Reider | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __06/10/2019__ against __Plaintiff Justin Everett__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ................................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing .................................................... | |
| Fees for witnesses *(itemize on page two)* ................................................ | 2,136.63 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................................... | |
| Docket fees under 28 U.S.C. 1923 ...................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................... | |
| Compensation of court-appointed experts ................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ......................................................... | |
| TOTAL | $ 2,136.63 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: /s/ Jennifer S. Park

Name of Attorney: Jennifer S. Park

For: __FieldWorks, LLC and Zachary Reider__ Date: __06/24/2019__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*     *Deputy Clerk*     *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
| Zachary Reider, Boise, Idaho | 3 | 1,789.13 | 2 | 347.50 | | | $2,136.63 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $2,136.63 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# Receipt for Pittsburgh

Jun 8, 2019 - Jun 12, 2019    Itinerary # 7440315774111

## Booked Items

**Flight:** Boise (BOI) to Salt Lake City (SLC)

Depart: 6/8/2019 ,1 ticket

**Flight:** Pittsburgh (PIT) to Boise (BOI)

Depart: 6/12/2019 ,1 ticket

Cancellation Plan

Coverage Dates: 6/8/19 - 6/12/19

## Traveler Information

**Zachary Reider** - Adult

Ticket # 0067367223608

## Cost Summary

**Booked Date:** Jun 3, 2019

| | |
|---|---|
| **Traveler 1: Adult** | **$1,015.50** |
| Flight | $906.05 |
| Taxes & Fees | $109.45 |
| Cancellation Plan | $73.00 |

Total: **$1,088.50**

Paid: **$1,088.50**
[Visa 5049]
All prices quoted in US dollars.



# Receipt for Boise

Jun 10, 2019 - Jun 11, 2019     Itinerary # 7442317476709

## Booked Items

**Flight:** Pittsburgh (PIT) to Boise (BOI)

Depart: 6/10/2019 ,1 one way ticket

## Traveler Information

**Zachary Reider** - Adult

## Cost Summary

**Booked Date:** Jun 10, 2019

| | |
|---|---:|
| **Traveler 1: Adult** | **$581.00** |
| Flight | $519.07 |
| Taxes & Fees | $61.93 |

Total: **$581.00**

Paid: **$581.00**
[Visa 5049]
All prices quoted in US dollars.

---------- Forwarded message ---------
From: **Lyft Ride Receipt** <no-reply@lyftmail.com>
Date: Tue, Jun 11, 2019 at 4:15 PM
Subject: Your ride with Bob on June 10
To: <zreider@gmail.com>





## Thanks for riding with Bob!

June 10, 2019 at 5:27 PM

**Ride Details**

| | |
|---|---|
| Lyft fare (18.76mi, 47m 0s) | $81.74 |
| REDACTED | $81.74 |

- **Pickup**  5:27 PM

  1330 Centre Ave, Pittsburgh, PA

- **Drop-off**  6:14 PM

  , , PA

**This and every ride is carbon neutral**

From: **Lyft Ride Receipt** <no-reply@lyftmail.com>
Date: Sun, Jun 9, 2019 at 9:53 PM
Subject: Your ride with Alaa on June 8
To: <zreider@gmail.com>





## Thanks for riding with Alaa!

June 8, 2019 at 11:30 PM

**Ride Details**

| | |
|---|---:|
| Lyft fare (20.03mi, 23m 15s) | $37.89 |
| REDACTED | $37.89 |

- **Pickup** 11:30 PM
  , , PA

- **Drop-off** 11:53 PM
  1330 Centre Ave, Pittsburgh, PA

## This and every ride is carbon neutral

| Invoice#/Detail | Client#  Matter# | Description | Amount |
|---|---|---|---|
| JSP061419 | 028810.0003 | | 1,789.13 |

**Cohen & Grigsby, P.C.**  909560

$1,789.13

Safeguard LITHO USA  SFSL4  CK7S08114L

---

**Cohen & Grigsby, P.C.**
625 Liberty Avenue
Pittsburgh, PA  15222-3152

Phone: (412) 297-4900

PNC
PNC Bank, National Association
Pittsburgh, PA     8-9/430  128

**General Account**

| Date | Check # | Amount |
|---|---|---|
| 06/20/19 | 909560 | $1,789.13 |

ONE THOUSAND SEVEN HUNDRED EIGHTY-NINE AND 13/100 DOLLARS

PAY TO    ZACHARY REIDER
REDACTED

*Joseph P. Shoy*
Void After 120 Days

⑈909560⑈ ⑆043000096⑆ 0002790755⑈



**Cambria hotel & suites Pittsburgh - Downtown (PA637)**
1320 Centre Avenue
Pittsburgh, PA 15219
(412) 381-6687
GM.PA637@choicehotels.com

PARK, JENNIFER
UNKNOWN
PITTSBURGH, PA 15237

Account: REDACTED
Date: 6/24/19
Room: 503 SP20M3
Arrival Date: 6/8/19
Departure Date: 6/10/19
Check In Time: 6/8/19 11:54 PM
Check Out Time: 6/10/19 5:22 PM
Rewards Program ID: REDACTED
You were checked out by: lwhite
You were checked in by: ftucke
**Total Balance Due: 0.00**

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 6/8/19 | Room Charge | #503 PARK, JENNIFER | 135.20 |
| 6/8/19 | State Tax | | 8.11 |
| 6/8/19 | City / County Tax | | 1.35 |
| 6/8/19 | Occupancy Tax | | 9.46 |
| 6/9/19 | Misc. Food & Beverage | Misc. Food & Beverage | 39.26 |
| 6/9/19 | Room Charge | #503 PARK, JENNIFER | 135.20 |
| 6/9/19 | State Tax | | 8.11 |
| 6/9/19 | City / County Tax | | 1.35 |
| 6/9/19 | Occupancy Tax | | 9.46 |
| 6/10/19 | American Express | XXXXXXXXXXXX$^{REDACTED}$ | (347.50) |

| **Folio Summary 6/8/19 - 6/10/19** | |
|---|---|
| Room Charge | 270.40 |
| State Tax | 16.22 |
| City / County Tax | 2.70 |
| Occupancy Tax | 18.92 |
| American Express | (347.50) |
| Misc. Food & Beverage | 39.26 |
| **Balance Due:** | **0.00** |

This rate is eligible for partner rewards. If this rate is changed, you may no longer be entitled to Choice Privileges points.

x_____



Congratulations. You are earning Choice Privileges Points for this stay.