17-1495

I would like this judge to enforce the extension for discovery that was granted but never enforced. The case is a joke without it. I don't think I need case law to ask that a judge's order actually be enforced.

It would also allow the case to proceed in a normal fashion. The case would be reset to the discovery phase and all post discovery motions, and errant trial dates, would be reset as well.

It would also mean I could withdraw my appeals because there would be no harm, as long as the entire case is reset to the discovery period.

Sincerely, Justin Everett

*[signatures]*

FILED

AUG 09 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

*[signature]* 08-09-2011

*[signature]* 08-09-2011