IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN EVERETT,

              Plaintiff,

      v.

Fieldworks LLC, et
al...

              Defendants.

Civil Action No. 2:17-cv-01495

*Motion to enforce Judge Phipps order for Discovery by 60 Days*

**FILED**

AUG 16 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Respectfully,
Justin Everett

Date: 08-16-2019
Signature:

Motion to enforce Judge Phillps order by 60 Days

I would like this judge to enforce the extension for discovery that was granted but never enforced. The case is a joke without it. I don't think I need case law to ask that a judge's order actually be enforced.

It would also allow the case to proceed in a normal fashion. The case would be reset to the discovery phase and all post discovery motions, and errant trial dates, would be reset as well.

It would also mean I could withdraw my appeals because there would be no harm, as long as the entire case is reset to the discovery period.

Sincerely, Justin Everett

FILED

AUG 09 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Justin    08 - 05 - 2011

08 - 05   2011

## **Certificate of Service**

I certify that on the August day of _16th_ 2019 this
statement will be emailed or mailed to the Defendant's
lawyers and a copy was either mailed or delivered to the
clerk's office.

Signature: _[signature]_
Date: _08-16-2015_