# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN EVERETT, | ) |
| Plaintiff, | ) 2:17-cv-01495-NR |
| vs. | ) |
| FIELDWORKS, LLC, et. al. | ) |
| Defendants, | ) |

## JUDGMENT

**AND NOW**, this 22nd day of August, 2019, it is hereby **ORDERED** that, pursuant to Fed. R. Civ. P. 58, final judgment is entered in favor of Defendants Fieldworks LLC and Zachary Reider. The Clerk shall mark this case closed.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge