# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT OF PENNSYLVANIA

RECEIVED SEP 2 5 2019

Justin Everett

V.                                                Court of Appeals Docket No.

Fieldworks INC., et al
(Civil Action No. 2:17-cv-1495)

## NOTICE OF APPEAL (On several Judge Nicholas Ranjan Orders)

Notice is hereby given that Justice Everett, Plaintiff, with In Forma Pauperis already granted (Doc. 1), in the above named case, now appeals to the United States Court of Appeals for the Third Circuit from the final orders given by Rangan or Documents 113 through 115, filed August 22nd, 2019 of the now closed civil action. We believe the case was improperly dismissed and that I win the Poulis factors six to nothing. But I guess that's what appeals are for. And again: Great job Federalist Society.

I suppose this appeal might be unnecessary if the appeals court rules that my first appeal was proper. But I'm pretty sure this one is proper.

Respectfully,
Justin Everett

Date: 9-21-19

Signature: *Justin Everett*

## Certificate of Service

I certify that on the _21_____day of _Sept_____2019 this statement will be emailed or mailed to the Defendant's lawyers and a copy was either mailed or delivered to the clerk's office.

Signature: *Justin Everett*

Date: 9-21-19

PRESS FIRMLY TO SEAL

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**PRIORITY MAIL**

FROM:

TO:

Office of the Clerk (21st Floor)
United States Court of Appeals for the
Third Circuit
21400 US Courthouse
601 Market St.
Philadelphia, PA 19106 1790

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

USPS TRACKING #

9114 9014 9645 0762 3633 14

LAB400R Aug. 2013
7690-17-000-0669



To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

0000 1000 0014

**PRIORITY MAIL**

of delivery specified*
TRACKING™ included to many major
national destinations.
international insurance.
available.*
supplies online.*
used internationally, a customs
ration label may be required.
estic only

* For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.