Case no. 17-CD14-95

FILED
OCT 31 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Justin Everett

Vs.

Field Wordks llc.

**Demand for Validation for Oath of Office**

The office of federal Court were Judge Peter J. Phipps and Judge J. Nicholas Ranjan, presiding in this above matter you were demanded to perform in the exact provisions of your sworn oath, the constitution for the United States of the Pennsylvania as well as the Constitution for the United States of America into which signed to in your sworn oath, filed and recorded when you took office.

**Your oath of office** is a binding contract and your bond will indemnify the public for any losses or damages incurred in this matter and was a matter of constitutional importance and activities is said legal and moral duties to exhibit requisite credentials. Moreover, failure to qualify by filling a bond and taking the oath of office is grounds for ouster by Quo Warranto.

You are **demanded** to produce said oath by no later than 7 days from court receipt at 5 pm close of the business day and file into the case jacket on and for the public record of this cause 17-CB-1456 Provided that your oath is not received you will be in dishonor and violation of said oath.

Justin Everett

*Jnt J Smth* All Rights Reserved

10-31-2019

UCC 1-301-309 -416